IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02536-GPG

NORMAN MICHAEL SIMPSON,

    Applicant,
v.

RANDY LIND, Warden,
RICK RAEMISCH, Executive Director of CDOC,
BRANDEN SHAFFER, Chairmen of Colorado Parole Board,
MARY CARLSON, CDOC Time Computation Manager, and
CYNTHIA HOFFMAN, Colorado Attorney General,

    Respondents.

---

ORDER TO FILE PRELIMINARY RESPONSE

---

Applicant Norman Michael Simpson is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Applicant has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging the execution of his sentence. The Court granted Applicant leave to proceed pursuant to 28 U.S.C.§ 1915.

As part of the preliminary consideration of the Application in this case, the Court has determined that a limited Response is appropriate. Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to address the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies that apply to § 2241 actions. If Respondents do not intend to raise either of these affirmative defenses, Respondents must notify the Court of that decision in the Response. Respondents may not file a

dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.   Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely habeas action in this Court. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall file a Preliminary Response that complies with this Order.   It is

FURTHER ORDERED that **within twenty-one days of the filing of the Response** Applicant may file a Reply, if he desires.   It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, Respondents must notify the Court of that decision in the Response.

Dated:   November 19, 2015

                                            BY THE COURT:

                                             s/Gordon P. Gallagher
                                            United States Magistrate Judge